UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LeeSandra Moore, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

                          Plaintiff,

-against-

Atlantis Management Group LLC, AMG 10th Ave Quickserve LLC, AMG Broadway Quickserve LLC, and Berk Basatemir,

                          Defendants.

Civ. No.: 23-cv-03121

-------------------------------------------------------------------x

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

       WHEREAS Plaintiff filed the Complaint in this action on April 14, 2023 (Dkt. No. 1, "Compl.");

       WHEREAS Plaintiff alleges purported violations of the Fair Labor Standards Act ("FLSA");

       WHEREAS the limitations period under the FLSA is either two or, at most, three years, 29 U.S.C. § 255; and,

       WHEREAS Plaintiff alleges her employment with the remaining Defendants concluded in June 2018 (Compl. ¶ 7) and Defendants have indicated their intention to move to dismiss the Complaint based on the statute of limitations;

       WHEREAS the parties have not reached an agreement regarding resolution of this matter at this time;

       IT HEREBY IS STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, as follows:

1

1. Plaintiff's claims, and the instant action, are hereby voluntarily dismissed, without prejudice to reassertion of any or all claims in the appropriate forum.

| LEVIN-EPSTEIN & ASSOCIATES, P.C. | JACKSON LEWIS P.C. |
|---|---|
| *ATTORNEYS FOR PLAINTIFF* | *ATTONREYS FOR DEFENDANTS* |
| 60 East 42nd Street, Ste. 4700 | 58 South Service Rd., Ste. 25- |
| New York, New York 10165 | Melville, New York 11747 |
| (212) 792-0048 | (631) 247-0404 |
| By: _____ | By: /s/ Noel P. Tripp, Esq. |
| Joshua Levin-Epstein, Esq. | Noel P. Tripp, Esq. |
| Jason Mizrahi, Esq. | |

SO ORDERED on this ___ day of September 2023

_____

2