USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/02/2023

MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

LeeSandra Moore, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action*,

                                   Plaintiff,

-against-

Atlantis Management Group LLC, AMG 10th Ave Quickserve LLC, AMG Broadway Quickserve LLC, and Berk Basatemir,

                                   Defendants.

Civ. No.: 23-cv-03121

-------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

       WHEREAS Plaintiff filed the Complaint in this action on April 14, 2023 (Dkt. No. 1, "Compl.");

       WHEREAS Plaintiff alleges purported violations of the Fair Labor Standards Act ("FLSA");

       WHEREAS the limitations period under the FLSA is either two or, at most, three years, 29 U.S.C. § 255; and,

       WHEREAS Plaintiff alleges her employment with the remaining Defendants concluded in June 2018 (Compl. ¶ 7) and Defendants have indicated their intention to move to dismiss the Complaint based on the statute of limitations;

       WHEREAS the parties have not reached an agreement regarding resolution of this matter at this time;

       IT HEREBY IS STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, as follows:

1

1.  Plaintiff's claims, and the instant action, are hereby voluntarily dismissed, without prejudice to reassertion of any or all claims in the appropriate forum.

| LEVIN-EPSTEIN & ASSOCIATES, P.C.<br>*ATTORNEYS FOR PLAINTIFF*<br>60 East 42nd Street, Ste. 4700<br>New York, New York  10165<br>(212) 792-0048<br><br>By: _____<br>  Joshua Levin-Epstein, Esq.<br>  Jason Mizrahi, Esq. | JACKSON LEWIS P.C.<br>*ATTONREYS FOR DEFENDANTS*<br>58 South Service Rd., Ste. 25-<br>Melville, New York  11747<br>(631) 247-0404<br><br>By: /s/ Noel P. Tripp, Esq.<br>  Noel P. Tripp, Esq. |
|---|---|

Application GRANTED.  The Clerk of Court is respectfully directed to CLOSE the case.

SO ORDERED.

*[signature: Valerie Caproni]*   10/02/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE